JARRATT and LANG, Adm'rs, *v.* WILSON, Adm'r.

---

ISAAC JARRATT and W. W. LANG, Adm'rs, &c. *v.* H. C. WILSON, Adm'r., &c.

(The Syllabus is the same as the preceding case, same title.)

This case is the same as the foregoing one, only brought to this Court upon the appeal by plaintiff.

The facts are fully stated in the opinion delivered by Justice BYNUM in the case of the same title, next preceding.

*Brown, Masten,* and *Batchelor, Edwards & Batchelor.* for plaintiff.

*Armfield* and *McCorkle & Bailey,* for defendants.

Bynum, J.   The facts of this case are stated in *Jarratt and Lang, Administrators,* v. *H. C. Wilson, Administrator,* decided at this term of the Court.

The commissioner allowed the $1,700 note, and interest thereon, and the plaintiff excepted thereto because the premium for specie was not allowed thereon.   Upon the hearing, his Honor allowed the exception to the extent of the premium on specie as of the date of taking the account, and the defendant appealed.

For the reason assigned in the other branch of this case, there is error.

Judgment reversed and judgment against appellant for cost of this Court.

Per Curiam.   Judgment according to report, and against appellant for costs.